```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| **IN RE:Jennifer F. Stellato** | : CHAPTER 13 |
| **xxx-xx-3066** | : CASE NO. 16-16690-ELF |
| **105 Falling Leaf Way** | : |
| **Lansdale, PA 19446** | : HEARING DATE: 10/13/2016 |
| | : TIME: 10:00 A.M. |
| | : LOCATION: COURT ROOM No. 1 |
| **Debtor** | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Jennifer F. Stellato, the debtor in the present case, has filed a Motion of Debtor to Extend Automatic Stay with the court to ask that the court extend the automatic stay in this case beyond 30 days.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 11, 2016 you or your attorney must do **all** of the following:

(a) file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
Room 400, Robert N.C. Nix Federal Courthouse
900 Market Street,
Philadelphia, PA 19106.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

MICHAEL W. GALLAGHER, ESQUIRE
401 West Johnson Highway
Suite 4
East Norriton PA 19401
(484)679-1488 (Tel) ; (610)365-7919 (Fax)
mwglaw@msn.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, Bankruptcy Judge, on October 13, 2016, at 10:00 A.M. in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 26, 2016