WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| In Re: | |
|---|---|
| Jennifer F. Stellato | Chapter 13 |
| Debtor(s) | |
| | Case Number: 16-16690-ELF |

### ORDER

AND NOW, this ___8th___ day of ____March____ , 2017, upon the motion of New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is **ORDERED** that Movant, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C.

§362 to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the Property (the "Property"):  105 FALLING LEAF WAY, LANSDALE, PA 19446

It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**