# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| In Re:<br>Jennifer F. Stellato<br>    Debtors(s)<br><br>New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing<br>    Movant<br>vs.<br><br>Jennifer F. Stellato<br>    Respondent<br><br>William C. Miller, Chapter 13 Trustee<br>    Additional Respondent | Case Number: 16-16690-ELF<br><br>CHAPTER: 13<br><br>Judge: FRANK, ERIC L<br><br>RELATED DOCUMENT: 29<br><br>Hearing Date and Time: May 2, 2017 at 9:30 am<br><br>Courtroom # 1 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d)(and §1301) in order to proceed with its rights under non-bankruptcy law with regard to the Property: 105 Falling Leaf Way, Lansdale, PA 19446.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion of if you want the court to consider your views on the motion, then on or before 04/24/2017, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located in:

Clerk for the United States Eastern District of Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | 400 Washington Street, Suite 300<br>The Madison Building<br>Reading, PA 19601 |

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before that date stated above; and

    (b) mail a copy to movant's attorney:

        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Telephone: (215) 572-8111
        Facsimile: (215) 572-5025

and to the trustee:

        William C. Miller
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attending the hearing, the court may enter an order granting the relief requested in this motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on May 2, 2017 at 9:30 AM in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at to find out whether the hearing has been canceled because no one filed an answer.

        Respectfully Submitted:

    By:  /s/ William E. Miller
        William E. Miller, Esq.
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Facsimile: (215) 572-5025
        Bar Number: 308951
        wmiller@sterneisenberg.com

Date: April 6, 2017